E. Swindell, Jack Swindell, Mary Swindell and Maggie Swindell, Partners Under the Firm Name of E. Swindell & Co., Plaintiffs in Error, vs. John W. Field and Herbert K. Blanchard, Partners Under the Firm Name of Wm. Haskins & Son, Defendants in Error.

### DIVISION B.

Writ of error to Circuit Court, Franklin county; John W. Malone, Judge.

*W. B. Sheppard* and *Geo. P. Raney,* for Plaintiffs in Error.

*Fred T. Myers,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.